IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD WHITFIELD,

    Petitioner,                            No. CIV-S-10-0646 KJM CKD P

    vs.

GARY SWARTHOUT,

    Respondent.                        ORDER

_____/

        Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On March 21, 2012, claims two, three and four were dismissed for failure to exhaust state court remedies and respondent was directed to file a response to claim one. Petitioner now requests a stay so that he may exhaust state court remedies as to new claims. Respondent opposes a stay. The court has discretion to stay a habeas a petition to allow the petitioner to exhaust state court remedies with respect to additional claims. See e.g. Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003).

        As suggested in the court's January 5, 2012 findings an recommendations, claims two, three and four are "vague, rambling and confusing." Plaintiff acknowledges this in his motion for a stay and proposes that he redraft his claims and resubmit them to California's courts. However, plaintiff does not provide the court with a description of the claims he plans to

1

1  submit. Without understanding the claims, the court cannot find that a stay is warranted. For
2  these reasons, petitioner's request for a stay will be denied.
3        In his request for a stay, petitioner requests the appointment of counsel. There
4  currently exists no absolute right to appointment of counsel in habeas proceedings. See <u>Nevius</u>
5  <u>v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the
6  appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule
7  8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the
8  interests of justice would be served by the appointment of counsel at the present time.
9        Finally, respondent requests an extension of time to file his answer. Good cause
10 appearing, that request will be granted.
11       Accordingly, IT IS HEREBY ORDERED that:
12     1. Petitioner's March 5, 2012 request for a stay is denied.
13     2. Petitioner's request for appointment of counsel is denied.
14     3. Respondent's request for an extension of time is granted.
15     4. Respondent's answer shall be filed within 21 days.

Dated: April 19, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1 whit0646.rfs